# EXHIBIT 3

Tarani-Alike Johnson
45 East City Avenue, Suite 503
Bala Cynwyd, Pennsylvania

RECEIVANCE DATE

NOV 1 9 2025

OFFICE OF JUDICIAL RECORDS

*Filed and Attested by the Office of Judicial Records 10/30/2025 12:42 pm N HATCHER*

| | | |
|---|---|---|
| TARANI-ALIKE JOHNSON, | Plaintiff, | COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, CIVIL DIVISION |
| v. | | |
| INVALID LIEN on 2285 Bryn Mawr Avenue Philadelphia, PA 19131 | | Case No. 250803410 |
| And | | **Quiet Title Action** |
| WELLS FARGO BANK, NA | Defendants | 107634 |

### MOTION FOR ENTRY DEFAULT JUDGMENT AGAINST DEFENDANTS INVALID LIEN AND WELLS FARGO BANK, NA

Pursuant to **Pennsylvania Rule of Civil Procedure 1066**, the Plaintiff, Tarani-Alike Johnson respectfully requests the entry of Default Judgment in favor of Plaintiff in this Quiet Title action. In support thereof, Plaintiff avers the following:

I. **PROCEDURAL HISTORY**

1. The *Complaint to Quiet Title* was filed on **August 28, 2025**, and properly served upon all named Defendant(s) on **September 25, 2025**, as evidenced by the Affidavit(s) of Service on record.
2. More than twenty (20) days have elapsed since service, and Defendant(s) have failed to file an Answer, Preliminary Objections, or other responsive pleading.
3. On **October 16, 2025**, a true and correct copy of the *10 Day Notice of Intention to Take Default Judgment* to Defendant(s) by first class U.S. mail, which is attached hereto as Exhibit "A".

II. **ENTITLEMENT UNDER PA.R.CP. 1066**

4. Pursuant to **Pa.R.C.P. 1066(a)**, judgment in an action to quiet title shall be entered by the court, not the Prothonotary, upon default of after hearing, "upon a showing of right in the plaintiff"
5. Plaintiff's verified Complaint establishes, and Plaintiff hereby certifies that:
    - That all mortgages, and purported assignments are defective and constitute a cloud upon title; and
    - That Defendants have no valid, recorded, or enforceable interest.
    - The record therefore establishes Plaintiff's right and title to the property, and Plaintiff has complied with all procedural prerequisites under **Rules 1063, 1064, 1066, and 237.1**.
    - All Defendant(s) were duly served in accordance with **Pa.R.C.P. 1063** and **1064**.
    - No responsive pleadings have been filed or served.
    - The time for response has expired;

MTJDG-Johnson Vs Invalid Lien On 2285 Bryn Mawr Avenue P [RNH]

2508034100007

Case ID: 250803410
Control No.: 25107634

- Plaintiff is not aware of any bankruptcy stay, or other legal impediment preventing entry of judgment.
- The record <u>establishes</u> Plaintiff's **right and title** to the Property.
- Any claims or liens asserted by Defendants are **void and of no effect**;

6. Under **Pa.R.C.P. 1066(a)**, default judgment in a Quiet Title action must be **entered by the Court**, not the Prothonotary, upon judicial determination of Plaintiff's entitlement. Plaintiff therefore respectfully requests that this Honorable Court review the record and enter **Judgment upon Default** declaring that title to the property described below is vested in the Plaintiff, free and clear of any adverse claims by Defendant(s).
7. Such other relief as the court deems just and equitable.

## Property Description

Premises known as **2285 Bryn Mawr Avenue, Philadelphia, Pennsylvania 19131**, being the same property described in the Complaint filed August 28, 2025, and identified in the Philadelphia Department of Records as **Parcel No. 52-1065708**.

Respectfully submitted this date, October 27, 2025.

Bye: /cs/s: johnson, tarani-alike, Master Agent

Tarani-Alike Johnson, Trustee and Master Agent
for Plaintiff TARANI-ALIKE JOHNSON

Case ID: 250803410
Control No.: 25107634

Tarani-Alike Johnson
45 East City Avenue, Suite 503
Bala Cynwyd, Pennsylvania

| | |
|---|---|
| TARANI-ALIKE JOHNSON,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>INVALID LIEN on 2285 Bryn Mawr Avenue<br>Philadelphia, PA 19131<br><br>　　　And<br><br>WELLS FARGO BANK, NA<br><br>　　　　　　　　　　　Defendants. | **COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, CIVIL DIVISION**<br><br>Case No. 250803410 |

## CERTIFICATE OF SERVICE

I, **Tarani-Alike Johnson**, hereby certify that on **October 27, 2025**, I mailed a true and correct copy of this **Motion to Enter Default Judgment** to the following Defendant by **First Class U.S. Mail**, addressed as follows:

**WELLS FARGO BANK, NA**
**WELLS FARGO & COMPANY**
333 Market Street
San Francisco, California 94105

Service was made in accordance with **Pa.R.C.P. 237.1(a)(2)**.

I affirm that the foregoing statements are true and correct to the best of my knowledge, information, and belief, subject to penalties under **18 Pa.C.S. § 4904** relating to unsworn falsification to authorities.

Respectfully,

Date: October 27, 2025

Bye: /cs/s: Johnson, tarani-alike, Master Agent

Tarani-Alike Johnson, Trustee and Master Agent
for Plaintiff TARANI A. JOHNSON

Case ID: 250803410
Control No.: 25107634

Tarani-Alike Johnson
45 East City Avenue, Suite 503
Bala Cynwyd, Pennsylvania

| | |
|---|---|
| TARANI-ALIKE JOHNSON,<br><br>                              Plaintiff,<br>    v.<br><br>INVALID LIEN on 2285 Bryn Mawr Avenue Philadelphia, PA 19131<br><br>    And<br><br>WELLS FARGO BANK, NA<br>                              Defendants. | **COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, CIVIL DIVISION**<br><br>Case No. 250803410 |

## VERIFIED CERTIFICATION OF SERVICE OF MOTION TO ENTER DEFAULT JUDGMENT

On October 27, 2025, the undersigned counsel caused a copy of the Notice to Enter Judgment by Default to be served by first class mail, postage prepaid upon Defendants, *WELLS FARGO BANK NA* and *INVALID LIEN on 2285 Bryn Mawr Avenue Philadelphia, PA 19131*.

I verify that the facts are true and correct, and understand that the statements made in this Certification have been made subject to the penalties of **18 Pa. C.S.** relating to unsworn falsification to authorities.

Respectfully,

Date: October 27, 2025

Bye: /cs/s: Johnson, tarani-alike, Master Agent

Tarani-Alike Johnson, Trustee and Master Agent
for Plaintiff TARANI A. JOHNSON

Tarani-Alike Johnson
45 East City Avenue, Suite 503
Bala Cynwyd, Pennsylvania

| | |
|---|---|
| TARANI-ALIKE JOHNSON,<br><br>          Plaintiff,<br>v.<br><br>INVALID LIEN on 2285 Bryn Mawr Avenue<br>Philadelphia, PA 19131<br><br>   And<br><br>WELLS FARGO BANK, NA<br>          Defendants. | COURT OF COMMON PLEAS OF<br>PHILADELPHIA COUNTY,<br>CIVIL DIVISION<br><br>Case No. 250803410 |

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA:
                SS
COUNTY OF DELAWARE:

  Tarani-Alike Johnson, being duly sworn according to law deposes and says that she is authorized master agent for the Plaintiff, and that she mailed to the Defendants, *WELLS FARGO BANK NA*, on October 16, 2025, a Notice of Intention to Take Default Judgment in the above matter, and that it was sent via first class mail.

Respectfully,

Date: October 27, 2025

                   Bye: /cs/s: Johnson, tarani-alike, Master Agent

                   Tarani-Alike Johnson, Trustee and Master Agent
                   for Plaintiff TARANI A. JOHNSON

Sworn to before me this 27 day of October, 2025

_____
Notary Public

[Commonwealth of Pennsylvania - Notary Seal
SHERRY A. FRASER, Notary Public
Delaware County
My Commission Expires April 21, 2026
Commission Number 1053142]

Case ID: 250803410
Control No.: 25107634

Tarani-Alike Johnson
45 East City Avenue, Suite 503
Bala Cynwyd, Pennsylvania

---

| | |
|---|---|
| TARANI-ALIKE JOHNSON,<br>　　　　　　　　　　　　　Plaintiff,<br>　　v.<br>INVALID LIEN on 2285 Bryn Mawr Avenue<br>Philadelphia, PA 19131<br>　　And<br>WELLS FARGO BANK, NA<br>　　　　　　　　　　　　　Defendants. | **COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, CIVIL DIVISION**<br><br>Case No. 250803410 |

---

## ORDER

AND NOW, this ____ day of _____, 2025, upon consideration of the *Motion to Enter Default Judgment* filed by the Plaintiff pursuant to **Pa.R.C.P. 1066(a)**, the record having been reviewed, and it appearing that:

1. The Complaint to Quiet Title was filed on August 28, 2025;
2. Service was duly made upon all Defendant(s);
3. No responsive pleading or appearance has been entered within the time allowed by law; and
4. Plaintiff has satisfied the requirements of **Pa.R.C.P. 1066** and presented proof of record title and entitlement to relief;

**IT IS HEREBY ORDERED AND DECREED** that **Judgment upon Default** is entered in favor of the Plaintiff and against Defendant(s), and it is further:

**ORDERED, ADJUDGED, AND DECREED** that title to the premises known as
**2285 Bryn Mawr Avenue, Philadelphia, Pennsylvania 19131**
**(Parcel No. 52-1065708)**
is hereby **quieted** and declared to be vested in the Plaintiff, free and clear of any right, title, lien, claim, or interest of the Defendant(s), that Deed recorded of record with the recorder of Deeds, and that the Recorder of Deeds shall index this Order among the land records for said property.

　　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.

Case ID: 250803410
Control No.: 25107634

# EXHIBIT A

Case ID: 250803410
Control No.: 25107634

Tarani-Alike Johnson
45 East City Avenue, Suite 503
Bala Cynwyd, Pennsylvania

| | |
|---|---|
| TARANI-ALIKE JOHNSON,<br><br>                          Plaintiff,<br>v.<br><br>INVALID LIEN on 2285 Bryn Mawr Avenue<br>Philadelphia, PA 19131<br><br>And<br><br>WELLS FARGO BANK, NA<br>                          Defendants. | **COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, CIVIL DIVISION**<br><br>Case No. 250803410<br><br>**Quiet Title Action** |

# 10 DAY NOTICE OF INTENTION TO TAKE DEFAULT JUDGMENT
(Pursuant to Pa.R.C.P. 237.1(a)(2))

**To:**     WELLS FARGO BANK, NA
           WELLS FARGO & COMPANY
           333 Market Street
           San Francisco, California 94105

**PLEASE TAKE NOTICE:**

You are hereby notified that a **default judgment** may be entered against you for failure to file a responsive pleading to the **Complaint in Quiet Title** served upon you on **September 25, 2025**, unless you take action **within ten (10) days** from the date of this Notice.

If a default judgment is entered against you, you may lose rights or property without further notice or hearing.

You should promptly file in writing your response or answer to the Complaint in the **Office of the Prothonotary, Civil Filing Center, City Hall, Room 296, Philadelphia, Pennsylvania 19107**, and serve a copy upon the Plaintiff at the address below.

Respectfully,
Date: October 16, 2025

Bye: /cs/s: Johnson, tarani-alike, Master Agent

Tarani-Alike Johnson, Trustee and Master Agent
for Plaintiff TARANI-ALIKE JOHNSON

Case ID: 250803410
Control No.: 25107634

Tarani-Alike Johnson
45 East City Avenue, Suite 503
Bala Cynwyd, Pennsylvania

---

| | |
|---|---|
| TARANI-ALIKE JOHNSON,<br>　　　　　　　　　　　Plaintiff,<br>　　v.<br>INVALID LIEN on 2285 Bryn Mawr Avenue<br>Philadelphia, PA 19131<br>　　And<br>WELLS FARGO BANK, NA<br>　　　　　　　　　　　Defendants. | **COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, CIVIL DIVISION**<br><br>Case No. 250803410<br><br>**Quiet Title Action** |

---

## CERTIFICATE OF SERVICE

I, **Tarani-Alike Johnson**, hereby certify that on **October 16, 2025**, I mailed a true and correct copy of this **10 Day Notice of Intention to Take Default Judgment** to the following Defendant by **First Class U.S. Mail**, postage prepaid, addressed as follows:

**WELLS FARGO BANK, NA**
**WELLS FARGO & COMPANY**
333 Market Street
San Francisco, CA 94105

Service was made in accordance with **Pa.R.C.P. 237.1(a)(2)**.

I affirm that the foregoing statements are true and correct to the best of my knowledge, information, and belief, subject to penalties under **18 Pa.C.S. § 4904** relating to unsworn falsification to authorities.

Respectfully,
Date: October 16, 2025

　　　　　　　　　　　　　　　　　　　　Bye: /cs/s: Johnson, tarani-alike, Master Agent
　　　　　　　　　　　　　　　　　　　　Tarani-Alike Johnson, Trustee and Master Agent
　　　　　　　　　　　　　　　　　　　　for Plaintiff TARANI-ALIKE JOHNSON

Case ID: 250803410
Control No.: 25107634