UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARANI-ALIKE JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>INVALID LIEN on 2285 Bryn Mawr Avenue Philadelphia, PA 19131<br><br>WELLS FARGO BANK, N.A.<br><br>Defendant. | Civil Action No.: 2:26-cv-00036-MAK |

**DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS
PLAINTIFF TARANI-ALIKE JOHNSON'S COMPLAINT**

Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its undersigned counsel, Reed Smith, LLP, hereby move for entry of an order dismissing Plaintiff Tarani-Alike Johnson's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this Motion are more fully stated in the accompanying Memorandum of Law.

                                                   **REED SMITH LLP**

                                                 */s/ Louis A. Bayles*
                                                 Louis A. Bayles, Esq.

Dated: January 13, 2026