# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARANI-ALIKE JOHNSON<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>INVALID LIEN on 2285 Bryn Mawr Avenue Philadelphia, PA 19131<br><br>WELLS FARGO BANK, N.A.<br><br>　　　　Defendant. | Civil Action No.: 2:26-cv-00036-MAK |

### DECLARATION OF LOUIS A. BAYLES, ESQ. IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PLAINTIFF TARANI-ALIKE JOHNSON'S COMPLAINT

I, Louis A. Bayles, Esq., of full age, hereby certify as follows:

1.　　I am an attorney with the law firm of Reed Smith LLP, attorneys for Defendant Wells Fargo Bank, N.A. ("Wells Fargo" or "Defendant") in this matter. As such, I am fully familiar with the facts set forth herein.

2.　　I make this Certification in support of Wells Fargo's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2).

3.　　A true and correct copy of the Complaint filed in the foreclosure action captioned *Wells Fargo Bank, N.A. successor by merger to Wachovia Bank, N.A. v. Tarani A. Johnson*, under case number 100401188, with the Philadelphia County Court of Common Pleas ("State Court") on April 9, 2010, is attached hereto as **Exhibit 1**.

4. A true and correct copy of the docket for Bankruptcy Petition No. 10-13614-MDC, filed with the United State Bankruptcy Court for the Eastern District of Pennsylvania on May 3, 2010, is attached hereto as **Exhibit 2**.

5. A true and correct copy of the docket for Bankruptcy Petition No. 11-11408-MDC, filed with the United State Bankruptcy Court for the Eastern District of Pennsylvania on February 26, 2011, is attached hereto as **Exhibit 3**.

6. A true and correct copy of the docket for Bankruptcy Petition No. 12-20451-DJB, filed with the United State Bankruptcy Court for the Eastern District of Pennsylvania on November 9, 2012, is attached hereto as **Exhibit 4**.

7. A true and correct copy of the March 8, 2018 Judgment entered in favor of Wells Fargo in the Foreclosure Action, is attached hereto as **Exhibit 5**.

8. A true and correct copy of Plaintiff's Motion to Dismiss filed in the Foreclosure Action on or about May 25, 2018, is attached hereto as **Exhibit 6**.

9. A true and correct copy of the State Court's Order entered on June 18, 2018, denying Plaintiff's Motion to Dismiss, is attached hereto as **Exhibit 7**.

10. A true and correct copy of Plaintiff's Motion to Set-Off, Satisfy, Close All Debts & Obligations filed in the Foreclosure Action on or about July 16, 2018, is attached hereto as **Exhibit 8**.

11. A true and correct copy of the State Court's Order entered on August 10, 2018, denying Plaintiff's Motion to Set-Off, Satisfy, Close All Debts & Obligations, is attached hereto as **Exhibit 9**.

12. A true and correct copy of Plaintiff's Notice of Appeal with respect to the State Court's Order entered on August 10, 2018, is attached hereto as **Exhibit 10**.

13. A true and correct copy of the Superior Court of Pennsylvania, Eastern District's Opinion issued on October 31, 2018, under appellate docket number 2657 EDA 2018, is attached hereto as **Exhibit 11**.

14. A true and correct copy of the docket for Bankruptcy Petition No. 18-17342-MDC, filed with the United State Bankruptcy Court for the Eastern District of Pennsylvania on November 5, 2018, is attached hereto as **Exhibit 12**.

15. A true and correct copy of the docket for Bankruptcy Petition No. 22-12013-MDC, filed with the United State Bankruptcy Court for the Eastern District of Pennsylvania on August 1, 2022, is attached hereto as **Exhibit 13**.

16. A true and correct copy of the docket for Bankruptcy Petition No. 22-12668-DJB, filed with the United State Bankruptcy Court for the Eastern District of Pennsylvania on October 3, 2022, is attached hereto as **Exhibit 14**.

17. A true and correct copy of the docket for Adversary Proceeding No. 22-00086-MDC, filed with the United State Bankruptcy Court for the Eastern District of Pennsylvania on November 14, 2022, is attached hereto as **Exhibit 15**.

18. A true and correct copy of Wells Fargo's Notice of Removal filed on April 11, 2023 in the action captioned *Tarani A. Johnson, et seq. v. Wells Fargo*

*Bank, N.A.*, under case number 23-cv-01376-KBH (the "2023 Action"), with exhibits, is attached hereto as **Exhibit 16**.

19. A true and correct copy of Wells Fargo's Motion to Dismiss filed in the 2023 Action, without exhibits, is attached hereto as **Exhibit 17**.

20. A true and correct copy of the Order granting Wells Fargo's Motion to Dismiss and dismissing the 2023 Action, with prejudice, is attached hereto as **Exhibit 18**.

21. A true and correct copy of the United States District Court for the Northern District of California's Order dated January 5, 2026 denying Plaintiff's Motion for a Temporary Restraining Order in the action captioned *Tarani-Alike Johnson, et al. v. Wells Fargo Bank, N.A., et al.*, is attached hereto as **Exhibit 19**.

22. A true and correct copy of the State Court's Notice of the Date of Continued Sheriff's Sale filed in the Foreclosure Action, scheduling the subject premises for Sheriff's Sale on January 6, 2026, is attached hereto as **Exhibit 20**.

\* \* \*

- 5 -

    I declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                         */s/ Louis A. Bayles*  
                                                         Louis A. Bayles, Esq.

Dated: January 13, 2026