# EXHIBIT 1

26199CFC-DD

Martha E. Von Rosenstiel, P.C.                                           Attorney for Plaintiff
Martha E. Von Rosenstiel, Esquire
649 South Avenue, Unit #7                                    *Filed and Attested by*
Secane, PA 19018                                             *PROTHONOTARY*
(610) 328-2887                                               *09 APR 2010 12:54 pm*
Attorney I.D. #52634                                         *S. GARRETT*

WELLS FARGO BANK, N.A. SUCCESSOR BY              COURT OF COMMON PLEAS OF
MERGER TO WACHOVIA BANK, N.A.                    PHILADELPHIA COUNTY
4101 Wiseman Boulevard
San Antonio, TX 78251
                                  PLAINTIFF
                            v.                   NO.

TARANI A. JOHNSON
2285 Bryn Mawr Avenue
Philadelphia, PA 19131
                                  DEFEDANT
_____

## CIVIL ACTION – MORTGAGE FORECLOSURE

| NOTICE | ADVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta a sentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea a visado que si usted no se defiende, la corte toma ra medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades o otros de rechos importantes para usted. |
| **YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE** | **LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO VAYA EN PERSONA O TELEFONA A LA OFICINA ESCRITA ABAJO . ESTA OFICINA LE PUEDE PROVEER INFORMACION SOBRE COMO CONTRATAR A UN ABOGADO. SI USTED NO TIENE EL DINERO SUFICIENTE SUYA CONTRATAR A UN ABOGADO, LE PODEMOS DAR INFORMACION SOBRE AGENCIAS QUE PROVEEN SERVICIO LEGAL A PERSONAS ELEGIBLE PARA SERVICIOS A COSTO REDUCIDO O GRATUITO** |

Lawyer Referral and Information Service
Philadelphia Bar Association
1101 Market Street
11th Floor
Philadelphia, PA 19107
215 238-6333

**THIS IS AN ATTEMPT TO COLLECT A DEBT
ANY INFORMATION OBTAINED MAY BE
USED FOR THAT PURPOSE**

IF THIS IS THE FIRST NOTICE THAT YOU HAVE RECEIVED FROM THIS OFFICE, BE ADVISED THAT:

PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, 15. U.S.C. §1692, et seq. (1977), DEFENDANT(S) MAY DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF. IF DEFENDANT(S) DO SO IN WRITING WITHIN THIRTY (30) DAYS OF RECEIPT OF THIS PLEADING, COUNSEL FOR PLAINTIFF WILL OBTAIN AND PROVIDE DEFENDANT(S) WITH WRITTEN VERIFICATION THEREOF; OTHERWISE, THE DEBT WILL BE ASSUMED TO BE VALID. LIKEWISE, IF REQUESTED WITHIN THIRTY (30) DAYS OF RECEIPT OF THIS PLEADING, COUNSEL FOR PLAINTIFF WILL SEND DEFENDANT(S) THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM ABOVE.

THE LAW DOES NOT REQUIRE US TO WAIT UNTIL THE END OF THE THIRTY(30) DAY PERIOD FOLLOWING FIRST CONTACT WITH YOU BEFORE SUING YOU TO COLLECT THIS DEBT. EVEN THOUGH THE LAW PROVIDES THAT YOUR ANSWER TO THIS COMPLAINT IS TO BE FILED IN THIS ACTION WITHIN TWENTY (20) DAYS, YOU MAY OBTAIN AN EXTENSION OF THAT TIME. FURTHERMORE, NO REQUEST WILL BE MADE TO THE COURT FOR A JUDGMENT UNTIL THE EXPIRATION OF THIRTY (30) DAYS AFTER YOU HAVE RECEIVED THIS COMPLAINT. HOWEVER, IF YOU REQUEST PROOF OF THE DEBT OR THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR WITHIN THE THIRTY (30) DAY PERIOD THAT BEGINS UPON YOUR RECEIPT OF THIS COMPLAINT, THE LAW REQUIRES US TO CEASE OUR EFFORTS (THROUGH LITIGATION OR OTHERWISE) TO COLLECT THE DEBT UNTIL WE MAIL THE REQUESTED INFORMATION TO YOU. YOU SHOULD CONSULT AN ATTORNEY FOR ADVICE CONCERNING YOUR RIGHTS AND OBLIGATIONS IN THIS SUIT.

IF YOU HAVE FILED BANKRUPTCY AND RECEIVED A DISCHARGE, THIS IS NOT AN ATTEMPT TO COLLECT A DEBT. IT IS AN ACTION TO ENFORCE A LIEN ON REAL ESTATE.

26199CFC-DD
Attorney for Plaintiff

Martha E. Von Rosenstiel, P.C.
Martha E. Von Rosenstiel, Esquire
649 South Avenue, Unit #7
Secane, PA 19018
(610) 328-2887
Attorney I.D. #52634

WELLS FARGO BANK, N.A.                    COURT OF COMMON PLEAS OF
SUCCESSOR BY MERGER TO                    PHILADELPHIA COUNTY
WACHOVIA BANK, N.A.
4101 Wiseman Boulevard
San Antonio, TX 78251

                        PLAINTIFF

                v.                        NO.

TARANI A. JOHNSON
2285 Bryn Mawr Avenue
Philadelphia, PA 19131

                        DEFENDANT

## CIVIL ACTION – MORTGAGE FORECLOSURE

### THIS IS AN ATTEMPT TO COLLECT A DEBT
### ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

1. Plaintiff is Wells Fargo Bank, N.A. successor by merger to Wachovia Bank, N.A., a

corporation organized and existing under state law, with offices for the conduct of business at

4101 Wiseman Boulevard, San Antonio, TX 78251.

2. Defendant, Tarani A. Johnson is the mortgagor and real owner of premises 2285 Bryn

Mawr Avenue, Philadelphia, PA 19131, hereinafter described, whose last known address is listed

in the caption.

3. Plaintiff brings this action in mortgage foreclosure against defendant, mortgagor, and

real owner, to foreclose a certain indenture of mortgage made, executed and delivered by the

above named defendant, mortgagor, and real owner to World Savings Bank, FSB. on June 5,

2007, which mortgage is recorded on July 25, 2007 in the Office of the Recorder of Deeds of

Philadelphia County as Document ID# 51740927, secured on premises 2285 Bryn Mawr

Case ID: 100401188

Avenue, Philadelphia, PA 19131 a true and correct description of which is attached hereto as Exhibit I.

4. Plaintiff alleges each and every term, condition and covenant in the aforesaid mortgage, and hereby incorporates them herein by reference thereto.

5. The aforesaid mortgage is in default in that monthly installments of principal and interest have not been made in conformity with the terms of the mortgage, from January 2009 and each month thereafter, up to and including the present time.

6. Under the terms of the aforesaid mortgage, upon default of payments set forth in the mortgage documents, the entire principal balance and all interest due thereon are collectible forthwith.

7. The following is an itemized statement of the amount due plaintiff under the terms of the aforesaid mortgage:

| | | |
|---|---|---|
| Principal Balance | $ | 406,800.59 |
| Interest to 3/31/2010 at $80.25 per diem | $ | 39,052.80 |
| Accrued late charges | $ | 897.25 |
| Accrued Escrow deficit | $ | 8,032.00 |
| Corporate Advances | $ | 168.00 |
| Attorney's Fee (5% of unpaid Principal balance) | $ | 20,340.03 |
| Title Information Certificate | $ | 415.00 |
| Total | $ | 475,705.67 |

8. The attorney's fees set forth above are in conformity with the mortgage documents and Pennsylvania Law and will be collected in the event of a third party purchaser at Sheriff's sale. If the mortgage is reinstated prior to the Sheriff's sale, reasonable attorney's fees will be charged based on work actually performed.

9. Plaintiff sent to defendant, mortgagor, and real owner a combined Notice and Warning of Intention to Foreclose and Notices of Homeowners' Emergency Mortgage Assistance Act of 1983 advising of rights available under the statutes. To date payments have not been received and Act 91 assistance has not been granted, although the applicable time periods provided by statute have expired (Exhibit II).

**WHEREFORE**, plaintiff demands judgment for foreclosure and sale of the mortgaged premises in the amount of $475,705.67, plus per diem interest at $80.25 from April 1, 2010 to the date of judgment plus costs thereon.

By: _____
　　　Martha E. Von Rosenstiel, Esq.
　　　Attorney for Plaintiff

Loan # 0045821642

## VERIFICATION

Veronica Garcia hereby states that he/she is the

Vice President of Loan Documentation of Wells Fargo Bank N.A. successor by merger

to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage

FSB, Plaintiff herein; that he/she is duly authorized to make this Verification on

behalf of Plaintiff and verifies that the statements made in the foregoing

Complaint in Mortgage Foreclosure are true and correct to the best of his/her

knowledge, information and belief. The undersigned understands that the

statements therein are made subject to the penalties of 18 Pa.C.S. Section 4904

relating to unsworn falsification to authorities.


BY: _Veronica Garcia_

Title: Vice President of Loan Documentation
Wells Fargo Bank, N.A. successor by
merger to Wachovia Bank, N.A.


Dated: 4-5-10

## LEGAL DESCRIPTION

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE in the 52nd (formerly part of the 34th) Ward of the City of Philadelphia and described according to a survey and plan thereof made by George W. Hyde, Esq., Surveyor and Regulator of the 11th Survey District of the City of Philadelphia on the 16th day of April, A.D. 1922, as follows, to wit:

BEGINNING at a point on the Northeast side of Bryn Mawr Avenue at the distance of three hundred and sixty-six and eight hundred and sixty-eight one-thousandths feet Southeastward from the Southeast side of Woodbine Avenue; thence extending Northeastward on a line at right angles to the said Bryn Mawr Avenue one hundred and seventy-five feet to a point; thence extending Southeastward on a line parallel with the said Bryn Mawr Avenue forty-five feet to a point; thence extending Northeastward on a line at right angles to the said Bryn Mawr Avenue fifty-two and four hundred and fifty-eight one-thousandths feet to a point on the Westerly side of Heckamore Road (40 feet wide); thence extending South fifty-four minutes, forty-nine and ninety-one one hundredths seconds West, along the said Westerly side of Heckamore Road, one hundred and eighty-four and one hundred and six one-thousandths feet to a point; thence extending South seventy-seven degrees, four minutes, fifty-eight and twenty-one one hundredths seconds West, one hundred and forty and fifty-five one-thousandths feet to a point on the said Northeast side of Bryn Mawr Avenue; thence extending North twenty-nine degrees, thirty minutes, forty-five and one-tenth seconds West along the said Northeast side of Bryn Mawr Avenue one hundred and sixty-three and six hundred and fifty-one one-thousandths feet to the first mentioned point and place of beginning.

BEING known as No. 2285 Bryn Mawr Avenue.

ST. CODE/HOUSE NO.: 19560-02285

CITY REGISTRY: 71 N 17 - 13

EXHIBIT ID: 100401188

October 07, 2009                          Loan Number: 0045821642
Page 2

TARANI A JOHNSON
2285 Bryn Mawr Ave
Philadelphia PA 19131

Re:  Mortgagee:    WACHOVIA MORTGAGE
        Property: 2285 Bryn Mawr Ave, Philadelphia PA 19131
        Original Lender: WACHOVIA MORTGAGE
        Current Lender/Servicer: Wachovia Mortgage

Dear Tarani A Johnson :

        HOMEOWNER'S EMERGENCY MORTGAGE ASSISTANCE PROGRAM

        YOU MAY BE ELIGIBLE FOR FINANCIAL ASSISTANCE WHICH CAN SAVE YOUR
    HOME FROM FORECLOSURE AND HELP YOU MAKE FUTURE MORTGAGE PAYMENTS.

IF YOU COMPLY WITH THE PROVISIONS OF THE HOMEOWNER'S EMERGENCY MORTGAGE
ASSISTANCE ACT OF 1983 (THE "ACT"), YOU MAY BE ELIGIBLE FOR EMERGENCY
MORTGAGE ASSISTANCE:
    o If your default has been caused by circumstances beyond your control,
    o If you have a reasonable prospect of being able to pay your mortgage
      payments, and
    o If you meet other eligibility requirements established by the
      Pennsylvania Housing Finance Agency.

TEMPORARY STAY OF FORECLOSURE - Under the Act, you are entitled to a
temporary stay of foreclosure on your mortgage for thirty (30) days from
the date of this Notice (plus three (3) days for mailing).  During that
time, you must arrange and attend a "face-to-face" meeting with one of
the consumer credit counseling agencies listed at the end of this
Notice.  THIS MEETING MUST OCCUR WITHIN THIRTY-THREE (33) DAYS OF THE
DATE OF THIS NOTICE.  IF YOU DO NOT APPLY FOR EMERGENCY MORTGAGE
ASSISTANCE, YOU MUST BRING YOUR MORTGAGE UP TO DATE.  THE PART OF THIS
NOTICE CALLED "HOW TO CURE YOUR MORTGAGE DEFAULT", EXPLAINS HOW TO BRING
YOUR MORTGAGE UP TO DATE.

CONSUMER CREDIT COUNSELING AGENCIES - If you meet with one of the
consumer credit counseling agencies listed at the end of this notice,
the lender may NOT take action against you for thirty (30) days after
the date of this meeting.  The names, addresses and telephone numbers of
designated consumer credit counseling agencies for the county in which
the property is located are set forth at the end of this Notice.  It is
only necessary to schedule one face-to-face meeting.  Advise your lender
immediately of your intentions.

APPLICATION FOR MORTGAGE ASSISTANCE - Your mortgage is in default for
the reasons set forth later in this Notice (refer to page four for
specific information about the nature of your default).  You have the
right to apply for financial assistance from the Homeowner's Emergency
Mortgage Assistance Program.  To do so, you must fill out, sign and file
a completed Homeowner's Emergency Assistance Program Application with
one of the designated consumer credit counseling agencies listed at the
end of this Notice.  Only consumer credit counseling agencies have
applications for the program and they will assist you in submitting a

Case ID: 100401188

EXHIBIT

complete application to the Pennsylvania Housing Finance Agency.  To
temporarily stop the lender from filing a foreclosure action, your
application MUST be forwarded to PHFA and received within thirty (30)
days of your face-to-face meeting with the counseling agency.  If you
have tried and are unable to resolve this problem with the lender, you
October 07, 2009              Loan Number: 0045821642
Page 3


have the right to apply for financial assistance from the Homeowner's
Emergency Mortgage Assistance Program.  To do so, you must fill out,
sign and file a completed Homeowner's Emergency Assistance Program
Application with one of the designated consumer credit counseling
agencies listed at the end of the Notice.

YOU SHOULD FILE A HEMAP APPLICATION AS SOON AS POSSIBLE.  IF YOU HAVE A
MEETING WITH A COUNSELING AGENCY WITHIN 33 DAYS OF THE POSTMARK DATE OF
THIS NOTICE AND FILE AN APPLICATION WITH THE PHFA WITHIN 30 DAYS OF THAT
MEETING, THEN THE LENDER WILL BE TEMPORARILY PREVENTED FROM STARTING A
FORECLOSURE AGAINST YOUR PROPERTY, AS EXPLAINED ABOVE IN THE SECTION
CALLED "TEMPORARY STAY OF FORECLOSURE".

YOU HAVE THE RIGHT TO FILE A HEMAP APPLICATION EVEN BEYOND THESE TIME
PERIODS.  A LATE APPLICATION WILL NOT PREVENT THE LENDER FROM STARTING A
FORECLOSURE ACTION, BUT IF YOUR APPLICATION IS EVENTUALLY APPROVED AT
ANY TIME BEFORE A SHERIFF'S SALE, THE FORECLOSURE WILL BE STOPPED.

AGENCY ACTION - Available funds for emergency mortgage assistance are
very limited.  They will be disbursed by the Agency under the
eligibility criteria established by the Act.  The Pennsylvania Housing
Finance Agency has sixty (60) days to make a decision after it receives
your application.  During that time, no foreclosure proceedings will be
pursued against you if you have met the time requirements set forth
above.  You will be notified by the Pennsylvania Housing Finance Agency
of its decision on your application.

   NOTE: IF YOU ARE CURRENTLY PROTECTED BY THE FILING OF A PETITION IN
   BANKRUPTCY, THE FOLLOWING PART OF THIS NOTICE IS FOR INFORMATIONAL
   PURPOSES ONLY AND SHOULD NOT BE CONSIDERED AS AN ATTEMPT TO COLLECT
   THE DEBT.  (If you have filed bankruptcy, you can still apply for
   Emergency Mortgage Assistance.)

CO719 037 LGO

CO719 037 LGO

October 07, 2009
Page 4

Loan Number: 0045821642
TARANI A JOHNSON

HOW TO CURE YOUR MORTGAGE DEFAULT (Bring it up to date)

NATURE OF THE DEFAULT - The MORTGAGE debt held by the above lender on your property located at:
    2285 Bryn Mawr Ave, Philadelphia PA 19131

IS SERIOUSLY IN DEFAULT because:

YOU HAVE NOT MADE MONTHLY/BI-WEEKLY MORTGAGE PAYMENTS for the following payments and the following amounts are now past due:
    Total of Payments from JANUARY to OCTOBER,
    plus Late Charges                          $15818.66
    Property Inspections & NSF Charges         $0.00
    Other Charges                              $398.35
    SUB-TOTAL                                  $ 16,217.01
    LESS: Suspense (Unapplied Funds)           $0.00
    TOTAL AMOUNT PAST DUE                       $ 16,217.01

HOW TO CURE THE DEFAULT - You may cure the default within THIRTY (30) DAYS of the date of this notice BY PAYING THE TOTAL AMOUNT PAST DUE TO THE LENDER, WHICH IS $ 16,217.01, PLUS ANY MORTGAGE PAYMENTS AND LATE CHARGES WHICH BECOME DUE DURING THE THIRTY (30) DAY PERIOD. Payments must be made in certified funds and sent to:

    Wachovia Mortgage, Attn: Cashiering Dept T7416-023
    4101 Wiseman Blvd, San Antonio, TX 78251-4201

IF YOU DO NOT CURE THE DEFAULT - If you do not cure the default within THIRTY (30) DAYS of the date of this Notice, the lender intends to exercise its rights to accelerate the mortgage debt. This means that the entire outstanding balance of this debt will be considered due immediately and you may lose the chance to pay the mortgage in monthly installments. If full payment of the total amount past due is not made within THIRTY (30) DAYS, the lender also intends to instruct its attorneys to start legal action to foreclose upon your mortgaged property.

IF THE MORTGAGE IS FORECLOSED UPON - The mortgaged property will be sold by the Sheriff to pay off the mortgage debt. If the lender refers your case to its attorneys, but you cure the delinquency before the lender begins legal proceedings against you, you will still be required to pay the reasonable attorney's fees that were actually incurred, up to $50.00. However, if legal proceedings are started against you, you will have to pay all reasonable attorney fees actually incurred by the lender even if they exceed $50.00. Any attorney fees will be added to the amount you owe the lender, which may also include other reasonable costs. If you cure the default within the THIRTY (30) DAY period, you will not be required to pay attorney fees.
OTHER LENDER REMEDIES - The lender may also sue you personally for the unpaid principal balance and all other sums due under the mortgage.

RIGHT TO CURE THE DEFAULT PRIOR TO SHERIFF'S SALE - If you have not cured the default within the THIRTY (30) DAY period and foreclosure proceedings have begun, you still have the right to cure the default and prevent the sale at any time up to one hour before the Sheriff's Sale.

Case ID: 100401188

You may do so by paying the total amount then past due, plus any late or other charges then due, reasonable attorney's fees and costs connected with the foreclosure sale and any other costs connected with the Sheriff's Sale as specified in writing by the lender and by performing any other requirements under the mortgage. Curing your default in the manner set forth in this notice will restore your mortgage to the same position as if you had never defaulted.

EARLIEST POSSIBLE SHERIFF'S SALE DATE - It is estimated that the earliest date that such a Sheriff's Sale of the mortgaged property could be held would be approximately two (2) months from the date of this Notice. A notice of the actual date of the Sheriff's Sale will be sent to you before the sale. Of course, the amount needed to cure the default will increase the longer you wait. You may find out at any time exactly what the required payment or action will be by contacting the lender.

CO742 038 LGO
October 07, 2009                    Loan Number: 0045821642
  Page 5

HOW TO CONTACT THE LENDER:
Name of Lender:    Wachovia Mortgage
Address:           4101 Wiseman Blvd, San Antonio, TX 78251
Phone Number:      800-282-3451     Fax Number: 1-210-509-1144
Contact Person:    Loan Counseling

EFFECT OF SHERIFF'S SALE - You should realize that a Sheriff's Sale will end your ownership of the mortgaged property and your right to occupy it. If you continue to live in the property after the Sheriff's Sale, a lawsuit to remove you and your furnishings and other belongings could be started by the lender at any time.

ASSUMPTION OF MORTGAGE - You may have the right to sell or transfer your home to a buyer or transferee who will assume the mortgage debt, provided that all the outstanding payments, charges and attorney fees and costs are paid prior to or at the sale and that the other requirements of the mortgage are satisfied.

                    YOU MAY ALSO HAVE THE RIGHT:

o TO SELL THE PROPERTY TO OBTAIN MONEY TO PAY OFF THE MORTGAGE DEBT OR
  TO BORROW MONEY FROM ANOTHER LENDING INSTITUTION TO PAY OFF THIS DEBT.
o TO HAVE THIS DEFAULT CURED BY ANY THIRD PARTY ACTING ON YOUR BEHALF.
o TO HAVE THE MORTGAGE RESTORED TO THE SAME POSITION AS IF NO DEFAULT
  HAD OCCURRED, IF YOU CURE THE DEFAULT. (HOWEVER, YOU DO NOT HAVE THIS
  RIGHT TO CURE YOUR DEFAULT MORE THAN THREE TIMES IN ANY CALENDAR YEAR.)
o TO ASSERT THE NON-EXISTENCE OF A DEFAULT IN ANY FORECLOSURE PROCEEDING
  OR ANY OTHER LAWSUIT INSTITUTED UNDER THE MORTGAGE DOCUMENTS,
o TO ASSERT ANY OTHER DEFENSE YOU BELIEVE YOU MAY HAVE TO SUCH ACTION BY
  THE LENDER.
o TO SEEK PROTECTION UNDER THE FEDERAL BANKRUPTCY LAW.

Loan Counseling Department
CO742 038 LGO

NOTICE: Please be advised that Wachovia Mortgage may be attempting to collect a debt. If you are currently in bankruptcy or your debt has been discharged in bankruptcy, Wachovia Mortgage is only exercising its rights against the property and is not attempting to hold you personally liable on the Note.

Case ID: 100401188