# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARANI-ALIKE JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>INVALID LIEN on 2285 Bryn Mawr Avenue Philadelphia, PA 19131<br><br>WELLS FARGO BANK, N.A.<br><br>Defendant. | Civil Action No.: 2:26-cv-00036-MAK |

## **CERTIFICATE OF SERVICE**

I, Louis A. Bayles, do certify that a true and correct copy of the foregoing was served this 20th day of January, 2026 via the Court's ECF system and as stated below upon the following:

Tarani-Alike Johnson
45 East City Avenue, Suite 503
Bala Cynwyd, Pennsylvania 19004
*Pro Se Plaintiff*
*Via Certified and Regular Mail*

**REED SMITH LLP**

*/s/ Louis A. Bayles*
Louis A. Bayles, Esq.

Dated: January 20, 2026