IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TARANI-ALIKE JOHNSON : CIVIL ACTION
:
v. : NO. 26-36
:
INVALID LIEN ON 2285 BRYN MAWR :
AVENUE PHILADELPHIA, PA 19131, :
WELLS FARGO BANK, N.A. :

## ORDER

AND NOW, this 29th day of January 2026, upon reviewing a pro se first amended Complaint (ECF 17) filed by a Plaintiff barred from doing so without leave of Court under Judge Hodge's April 30, 2024 Order (*Johnson v. Wells Fargo Bank, N.A.*, No. 23-1376, 2024 WL 2839286 (E.D. Pa. Apr. 30, 2024))) requiring her to obtain leave to continue actions removed to this Court and further prohibiting her from suing Wells Fargo Bank, N.A. which raises a claim arising from the foreclosure litigation and judgment entered against her concerning the same property at issue in this amended Complaint, and for good cause as the Plaintiff is alleging claims she is barred from bringing, it is **ORDERED** we **STRIKE** the amended Complaint (ECF 17) consistent with Judge Hodge's April 30, 2024 Order.

_____

KEARNEY, J.