IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARANI-ALIKE JOHNSON | : CIVIL ACTION |
| | : |
| v. | : NO. 26-36 |
| | : |
| INVALID LIEN ON 2285 BRYN MAWR AVENUE PHILADELPHIA, PA 19131, WELLS FARGO BANK, N.A. | : : : |

## ORDER

AND NOW, this 29th day of January 2026, upon considering Defendant's Motion to dismiss (ECF 10), no timely response, careful study of allegations removed to this Court (ECF 1), and for reasons detailed in today's accompanying Memorandum, it is **ORDERED** we **GRANT** Defendant's Motion (ECF 10) requiring we **DISMISS** this action with prejudice and **direct** the Clerk of Court **close** this action.

_____
KEARNEY, J.